IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Piraro, Joann

Printed: 3/11/08

Case Number: 04 B 28391
Judge: Wedoff, Eugene R
Filed: 8/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 14, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,878.73 |  |
| Secured: |  | 18,504.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,174.03 |
| Other Funds: |  | 0.00 |
| Totals: | 21,878.73 | 21,878.73 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Paul M Bach | Administrative | 2,200.00 | 2,200.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | First Bank | Secured | 1.40 | 1.36 |
| 5. | HomEq Servicing Corp | Secured | 15,866.90 | 15,866.90 |
| 6. | JP Morgan Chase Bank | Secured | 2,636.44 | 2,636.44 |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,704.74 | $ 20,704.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 417.61 |
| 4% | 63.00 |
| 3% | 46.93 |
| 5.5% | 259.55 |
| 5% | 53.02 |
| 4.8% | 151.44 |
| 5.4% | 182.48 |
|  | _____ |
|  | $ 1,174.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Piraro, Joann | Case Number:  04 B 28391 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/11/08 | Filed:  8/2/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

